UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHAL PHY<br>        Plaintiff(s),<br><br>v.<br><br>DAVID WESLING, TODD LYONS, MICHAEL KROL, ANTONE MONIZ, and KRISTI NOEM<br>        Defendant(s). | Civil Action No. 26-11040-JEK |

## **JUDGMENT**

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated March 9, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Sophal Phy.

Dated: March 10, 2026

                                                  /s/ Haley Currie

                                                  Deputy Clerk